UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ERCHINGER, et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>HSBC BANK USA, et al.,<br><br>    Defendants.<br>_____/ | Case Number: 3:14-cv-03471 EDL<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

    You are hereby notified that the Case Management Conference previously scheduled for October 28, 2014 at 10:00 a.m. is continued to October 28, 2014 at 3:00 p.m. Deadlines associated with the Case Management Conference shall remain the same.

Dated: August 11, 2014

                                        ELIZABETH D. LAPORTE
                                      United States Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD ERCHINGER, et al.,

    Plaintiff,

v.

HSBC BANK USA, et al.,

    Defendants.

Case Number: 3:14-cv-03471 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2014, I SERVED a true and correct copy(ies) of the attached order, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Erchinger &
Carolyn J. Erchinger
5124 Keystone Drive
Fremont, CA 94536

Dated: August 11, 2014

    Richard W. Wieking, Clerk

    By: /s/ Stephen Ybarra
        Deputy Clerk

2