IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD ERCHINGER and CAROLYN J. ERCHINGER,

    Plaintiffs,

v.

HSBC BANK USA, NA, as Trustee for the Holders of The Deutsche ALT-A Securities, Inc. Mortgage Loan Trust Mortgage Pass-Through Certificates Series 2007-0A2; BAC HOME LOANS SERVICING LP, f/k/a COUNTRYWIDE HOME LOANS SERVICING LP; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONSTRUCT COMPANY N.A.; NATIONSTAR MORTGAGE LLC; PARKASH MANN; SWARUPA SLEE; TEXAS CAPITAL BANK NA; and DOES 1-10,

    Defendants.

No. C 14-03471 WHA

**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**

    As stated at the October 16 case management conference, the deadline to exchange initial disclosures is hereby stayed until the further case management conference. A further case management conference will be set following the hearing on defendants' motions to dismiss, noticed for December 4. Plaintiffs have until **OCTOBER 31, 2014**, to properly serve all defendants not yet properly served.

    **IT IS SO ORDERED.**

Dated: October 16, 2014.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE