**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD ERCHINGER and CAROLYN J. ERCHINGER,

    Plaintiffs,

  v.

HSBC BANK USA, NA, as Trustee for the Holders of The Deutsche ALT-A Securities, Inc. Mortgage Loan Trust Mortgage Pass-Through Certificates Series 2007-0A2; BAC HOME LOANS SERVICING LP, f/k/a COUNTRYWIDE HOME LOANS SERVICING LP; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONSTRUCT COMPANY N.A.; NATIONSTAR MORTGAGE LLC; PARKASH MANN; SWARUPA SLEE; TEXAS CAPITAL BANK NA; and DOES 1-10,

    Defendants.

        /

No. C 14-03471 WHA

**ORDER EXTENDING DEADLINES FOR OPPOSITION AND REPLY**

      Currently, there are three motions to dismiss filed by defendants HSBC Bank USA, NA, Mortgage Electronic Registration Systems, Inc., Nationstar Mortgage LLC (Dkt. No. 14); defendants Bank of America, N.A. and BAC Home Loans Servicing LP (Dkt. No. 24); and defendant Texas Capital Bank NA (Dkt. No. 27). Hearing on all of these motions is set for 8 AM on December 4, 2014.

      These three motions were each filed at different times. Under Civil Local Rule 7-3(a), *pro se* plaintiffs Richard Erchinger and Carolyn J. Erchinger have fourteen days to submit an opposition or statement of nonopposition after each motion is filed. This means that for the first

United States District Court
For the Northern District of California

1  motion to dismiss filed by HSBC, MERS, and Nationstar on October 7, 2014, plaintiffs'
2  opposition or statement of nonopposition thereto was due on October 21, 2014. That deadline
3  has come and gone with no such opposition or statement received from plaintiffs.

4  Nonetheless, this order hereby extends plaintiffs' deadline to submit their oppositions or
5  statements of nonoppositions to each of the three motions. Now, plaintiffs' oppositions or
6  statements to all three motions must be received by no later than **NOVEMBER 11, 2014**. The
7  defense may then file any replies thereto by **NOVEMBER 18, 2014**. Plaintiffs will please be
8  aware that failure to oppose or submit statements of nonopposition by the November 11 deadline
9  may lead to dismissal of their case.

**IT IS SO ORDERED.**

Dated: October 30, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE