United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ERCHINGER and CAROLYN J. ERCHINGER,<br><br>  Plaintiffs,<br><br>  v.<br><br>HSBC BANK USA, NA, as Trustee for the Holders of The Deutsche ALT-A Securities, Inc. Mortgage Loan Trust Mortgage Pass-Through Certificates Series 2007-0A2; BAC HOME LOANS SERVICING LP, f/k/a COUNTRYWIDE HOME LOANS SERVICING LP; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONSTRUCT COMPANY N.A.; NATIONSTAR MORTGAGE LLC; PARKASH MANN; SWARUPA SLEE; TEXAS CAPITAL BANK NA; and DOES 1-10,<br><br>  Defendants.<br>_____ / | No. C 14-03471 WHA<br><br>**ORDER DENYING PLAINTIFFS' COUNSEL'S REQUEST TO APPEAR BY TELEPHONE** |

Good cause not shown, plaintiffs' counsel's request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 20, 2014.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE